FILED LYNCHBURG, VA
U.S. BANKRUPTCY COURT
FEB 28 2024
By LM
DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria, Virginia

In re:  Victoria Rose Capra,  )
)   Case No: 24-10175-BFK
)   Chapter 13
Debtor.  )
)

## ORDER TO TRANSFER VENUE

COMES NOW Victoria Rose Capra (the "Debtor"), by counsel, and concedes their case was filed in the improper district. The issue having been reviewed; it is hereby

ORDERED that the Debtor's case be transferred to the United States Bankruptcy Court for the Western District of Virginia, Lynchburg Division.

**Alexandria, Virginia**

Dated: Feb 22 2024

/s/ Brian F Kenney
Hon. Brian F. Kenney
United States Bankruptcy Judge

Entered On Docket: Feb 22 2024

## END OF ORDER

I ASK FOR THIS:

/s/ Kimberly A. Kalisz
Kimberly A. Kalisz (VSB No. 93248)
Conway Law Group, PC
1320 Central Park Blvd, Ste 200
Fredericksburg, VA 22401
855-848-3011
571-285-3334 (facsimile)
*Counsel for the Debtor*

Kimberly A. Kalisz (VSB No. 93248)
Conway Law Group, PC
1320 Central Park Blvd, Ste 200
Fredericksburg, VA 22401
(855) 848-3011
(571) 285-3334 (facsimile)

A TRUE COPY TESTE
William C. Redden, Clerk
By _J. Thomas_
Deputy Clerk

## LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION

I hereby certify that a copy of the foregoing was endorsed by and/or served upon all necessary parties on February 20, 2024.

/s/ Kimberly A. Kalisz
Kimberly A. Kalisz

## LOCAL BANKRUPTCY RULE 9022-1(B) SERVICE LIST

Would the Clerk please distribute notice of entry of this order to the following:

Victoria Rose Capra
11820 Belfonte Rd
Bumpass, VA 23024
*Debtor*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
Alexandria, Virginia

| | |
|---|---|
| In re:  Victoria Rose Capra,   )<br>                )<br>                )<br>        Debtor.       )<br>_____ ) | Case No: 24-10175-BFK<br>Chapter 13 |

## ORDER TO TRANSFER VENUE

COMES NOW Victoria Rose Capra (the "Debtor"), by counsel, and concedes their case was filed in the improper district. The issue having been reviewed; it is hereby

ORDERED that the Debtor's case be transferred to the United States Bankruptcy Court for the Western District of Virginia, Lynchburg Division.

**Alexandria, Virginia**

Dated: Feb 22 2024

/s/ Brian F Kenney
Hon. Brian F. Kenney
United States Bankruptcy Judge

Entered On Docket: Feb 22 2024

**END OF ORDER**

I ASK FOR THIS:

/s/ Kimberly A. Kalisz
Kimberly A. Kalisz (VSB No. 93248)
Conway Law Group, PC
1320 Central Park Blvd, Ste 200
Fredericksburg, VA 22401
855-848-3011
571-285-3334 (facsimile)
*Counsel for the Debtor*

Kimberly A. Kalisz (VSB No. 93248)
Conway Law Group, PC
1320 Central Park Blvd, Ste 200
Fredericksburg, VA 22401
(855) 848-3011
(571) 285-3334 (facsimile)

## LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION

I hereby certify that a copy of the foregoing was endorsed by and/or served upon all necessary parties on February 20, 2024.

/s/ Kimberly A. Kalisz
Kimberly A. Kalisz

## LOCAL BANKRUPTCY RULE 9022-1(B) SERVICE LIST

Would the Clerk please distribute notice of entry of this order to the following:

Victoria Rose Capra
11820 Belfonte Rd
Bumpass, VA 23024
*Debtor*